# CASE ANNOUNCEMENTS

*December 29, 2010*

[Cite as *12/29/2010 Case Announcements*, 2010-Ohio-6371.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–1592.   State ex rel. Striker v. Cline.
Richland App. No. 09CA107, 2010-Ohio-3592. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1774.   [State ex rel.] Hubaker v. Culotta.
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1808.   State ex rel. Bruggeman v. Willamowski.
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Motion to strike motion to dismiss denied as moot. Cause dismissed.
   BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1820.   [State ex rel.] Mathis v. Cuyahoga Cty. Jail.
In Mandamus. On respondent's answer and motion for judgment on the pleadings. Motion granted. Cause dismissed.
   BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

2010–1830.   State ex rel. McGrath v. Gallagher.
In Mandamus and Prohibition. On motions to dismiss. Motions to dismiss granted. Cause dismissed.
   BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2009–2028.   State v. Davis.
Licking App. No. 09–CA–0019, 2009-Ohio-5175. It is ordered by the court, sua sponte, that the parties shall brief the following issue:
   "Whether the court of appeals had jurisdiction to consider the trial court's denial of Davis' motion for a new trial based on newly discovered evidence under Section 2(B)(2)(c) and Section 3(B)(2), Article IV of the Ohio Constitution."
   The following briefing schedule is set for the filing of briefs: Appellant's brief is due within 20 days from the date of this entry, and appellee's brief is due within 15 days after the filing of appellant's brief. No reply briefs or extensions shall be permitted.

2010–1483.   State v. Scott.
Cuyahoga App. No. 91890, 2010-Ohio-3057. On motion for bail pending appeal. Motion denied.